ELLEN COE and DAISY SQUIRES, Respondents, Appellants, v. JOSEPHINE WRIGHT CHAPMAN, Appellant, Respondent.— Interlocutory judgment modified by substituting for the referee named therein the Hon. Russell Benedict, official referee, and as so modified affirmed, without costs. The purpose of making this change is to avoid additional expense to the parties. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.